UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JAMES G. STOCKARD, JR.,**

    Plaintiff,

v                                                                  Case No. 06-12531-DT
                                                               Hon. Bernard A. Friedman

**JO ANNE B. BARNHART,**
**COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.
_____/

## **MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Magistrate Judge Steven D. Pepe's Report and Recommendation filed July 5, 2007. No objections were filed thereto.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Steven D. Pepe's Report and Recommendation filed July 5, 2007, is hereby accepted and adopted.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is denied.

IT IS FURTHER ORDERED that defendant's motion for summary judgment is granted.

  July 27, 2007                                    s/Bernard A. Friedman
    Detroit, Michigan                         BERNARD A. FRIEDMAN
                                                        CHIEF JUDGE

**I hereby certify that a copy of the foregoing document**
**was served this date upon counsel of record**
**electronically and/or via first-class mail.**

    **s/Patricia Hommel**
      **Patricia Foster Hommel**
**Secretary to Chief Judge Friedman**